SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, ANDRES GOMEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, <br><br> Plaintiff, <br><br> v. <br><br> EKKAMAI THAI RESTAURANT, INC., and DOES 1 through 10, <br><br> Defendants. | CASE NO. 2:17-cv-06687-R (JPRx) <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Andres Gomez ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  December 18, 2017        **SO. CAL EQUAL ACCESS GROUP**


                                  */s/ Jason Yoon*
                                  JASON YOON
                                  Attorney for Plaintiff